**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 57 MAL 2019

            Respondent            :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

            v.                       :

                                   :

DAVID MICHAEL HARWI,             :

                                   :

            Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 23rd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.